IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-00200-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TYRONE LENARD SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's *pro se* motion to reduce sentence (DE 35). Defendant was sentenced on November 14, 2011, to a term of imprisonment of 36 months. The sentence was not appealed. Defendant now moves the court for a reduction to his sentence due to good behavior in prison. Although such behavior during incarceration is encouraged, the court is without jurisdiction to consider a motion for reduction of sentence on such grounds where the judgment now is final. See United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010). Accordingly, plaintiff's motion to reduce sentence is DENIED.

SO ORDERED, this the 6th day of November, 2013.

*/s/ Louise W. Flanagan*
_____
LOUISE W. FLANAGAN
United States District Judge